1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN WESLEY RICHARDSON,                    01:  CV-F-04-5009 OWW DLB P

12                    Plaintiff,          _____ ORDER REQUIRING PLAINTIFF TO
                                          FURNISH FURTHER INFORMATION
13           vs.                          FOR INITIATION OF SERVICE OF
                                          PROCESS
14   R.L. CANDELARIA, et al.,

15                    Defendants.

16   _____/

17           Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action

18   pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's complaint, transferred to this court

19   on January 5, 2004, against defendants Candelaria, Guzzard and Shannon for violating plaintiff's

20   constitutional right to be free from discrimination.  Because plaintiff is proceeding in forma pauperis,

21   the court must appoint the United States Marshal to serve each defendant with a summons and

22   complaint.  Fed. R. Civ. Pro. 4(c)(2).  On September 10, 2004, the Marshal returned the service

23   documents regarding defendant Shannon, advising that this defendant could not be identified without

24   more information.  The only information provided by plaintiff regarding defendant Shannon was

25   "Shannon - Classification Staff, Wasco State Prison, 701 Scofield Avenue, Wasco, CA 93280."

26           Within thirty days from the date of service of this order, plaintiff shall provide the court with

27   further information to assist the Marshal in serving defendant Shannon.  From plaintiff's complaint, it

28   appears that the defendant Shannon held the position of Classification Staff at Wasco State Prison on

                                              1

September 25, 2001.  If plaintiff can remember any other details that might assist the court and the Marshal, plaintiff shall so inform the court.

Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, plaintiff shall provide the court with any and all information he has that might help the Marshal identify and serve defendant Shannon.

IT IS SO ORDERED.

**Dated:    June 1, 2005**                            **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE

2