**FILED**

**JUDGMENT ENTERED**

_____Jan. 31, 2006_____
                Date
by _____G. Lucas_____
                Deputy Clerk
        U.S. District Court
        Eastern District of California

__XX___ FILE CLOSED

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JOHN WESLEY RICHARDSON,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-04-5009 OWW/DLB P

R. L. CANDELARIA, et al.,

_____/

The Findings and Recommendations issued by the Magistrate Judge on November 10, 2005, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  January 31, 2006

                    JACK L. WAGNER, Clerk

                 By:  /s/ GREG LUCAS
                        Deputy Clerk